IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK APANA, et al.,            ) | CIVIL NO.  08-00528 JMS/LEK |
|                                       ) | |
|           Plaintiffs,    ) | |
|                                       ) | |
|   vs.                                  ) | |
|                                       ) | |
| FAIRMONT HOTELS & RESORTS  ) | |
| (U.S.) INC., DBA FAIRMONT KEA   ) | |
| LANI HOTEL & RESORT,              ) | |
|                                       ) | |
|                                       ) | |
|          Defendant.     ) | |
| _____ ) | |

ORDER ADOPTING THE "ORDER DENYING PLAINTIFFS'
MOTIONS TO CONSOLIDATE ACTIONS; AND FINDINGS AND
RECOMMENDATION TO DENY ALTERNATIVE REQUEST FOR
ASSIGNMENT PURSUANT TO L.R. 40.2"

The "Order Denying Plaintiffs' Motions to Consolidate Actions; and

Findings and Recommendation to Deny Alternative Requests for Assignment

Pursuant to L.R. 40.2" having been filed and served on all parties on March 19,

2009, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to

28 U.S.C. § 636(b)(1)(C) and Local Rule 74.2, the "Order Denying Plaintiffs'

Motions to Consolidate Actions; and Findings and Recommendation to Deny

Alternative Request for Assignment Pursuant to L.R. 40.2," Doc. No. 34, are adopted as the opinion and Order of this court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 8, 2009.



```
 /s/ J. Michael Seabright
J. Michael Seabright
United States District Judge
```

*Apana v. Fairmont Hotels*, Civ. No. 08-00528 JMS/LEK; Order Adopting the "Order Denying Plaintiffs' Motions to Consolidate Actions; and Findings and Recommendation to Deny Alternative Request for Assignment Pursuant to L.R. 40.2"