WEINBERG, ROGER & ROSENFELD

ASHLEY K. IKEDA  2955-0
LORI K. AQUINO    3815-0
Alii Place, Suite 1602
1099 Alakea Street
Honolulu, Hawaii  96813
Telephone No.:  (808) 528-8880
Facsimile No.:  (808) 528-8881
e-mail:  aikeda@unioncounsel.net
WEINBERG, ROGER & ROSENFELD,
A Professional Corporation

DAVID A. ROSENFELD, CA Bar No. 58163
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone No.:  (510) 337-1001
Facsimile No.:  (510) 337-1023
e-mail:  drosenfeld@unioncounsel.net

HAROLD L. LICHTEN, *pro hac vice*
SHANNON LISS-RIORDAN, *pro hac vice*
HILLARY SCHWAB, *pro hac vice*
Lichten & Liss-Riordan, P.C.
100 Cambridge Street, 20th Floor
Boston, MA 02114
Telephone No.:  (617) 994-5800
Facsimile No.:  (617) 994-5801
e-mail:  hlichten@llrlaw.com
         sliss@llrlaw.com
         hschwab@llrlaw.com

Attorneys for Plaintiffs
MARK APANA, DARYL DEAN DAVIS,
and JOHNSHAWN BASLER
on behalf of themselves and all
others similarly situated

339113

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK APANA, DARYL DEAN DAVIS, and JOHNSHAWN BASLER, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>  vs.<br><br>FAIRMONT HOTELS & RESORTS (U.S.) INC., dba FAIRMONT KEA LANI HOTEL & RESORT,<br><br>          Defendant. | CIVIL NO. 08-00528-JMS/LK<br><br>ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT |

## **ORDER GRANTING FINAL APPROVAL OF** <br> **CLASS ACTION SETTLEMENT**

Having considered the proposed settlement (the "Settlement") set forth in Plaintiffs' Motion for Approval of Class Action Settlement, filed November 12, 2010, and Plaintiffs' Supplemental Motion for Approval of Class Action Settlement, filed February 22, 2011 (collectively, the "Motion for Approval"), and having conducted Fairness Hearings in this matter on November 15, 2010 and February 28, 2011, the Court finds that all requirements for approval of the Settlement are met, and that: (i) notice was made in a reasonable manner to all

class members who are bound by the Settlement (the "Class Notices"[1]), affording class members the opportunity to request exclusion from the Settlement; (ii) notice was made as required under 28 U.S.C. § 1715; (iii) no class member or other party objected to the Settlement, and no class member has requested exclusion from the Settlement;[2] and (iv) the Settlement in this case is fair, reasonable, and adequate. The Settlement was the product of arms-length negotiations before the Honorable Victoria S. Marks (Retired) as mediator, and between parties represented by experienced counsel, with sufficient investigation into the potential risks and benefits associated with continued litigation of the complex issues in this case, allowing counsel and the Court to proceed intelligently.

The Court hereby GRANTS the Motion for Approval of Settlement and further

    (1)    Certifies the class in this matter, as the class is defined by ¶4 of the Class Notices, for the sole purpose of settlement;

    (2)    Approves the Settlement pursuant to Fed. R. Civ. P. 23(e);

    (3)    Approves the requested attorneys' fees, which total one-third of the total settlement amount, or $250,000;

---

[1] See Notice of Class Action Settlement, Exhibit 2 to the November 2010 Motion for Approval. Also, additional notices were sent by Plaintiffs' counsel notifying class members of the further February 28, 2011 Fairness Hearing. See February 2011 Motion for Approval, at 3.

[2] One class member initially requested exclusion from the Settlement, but that class member subsequently informed Plaintiffs' counsel that he had changed his mind.

(4) Approves the requested incentive payments for the lead plaintiffs in the amount of $25,000 each;

(5) Directs the parties to implement the terms of the Settlement; and

(6) Directs Plaintiffs' counsel to make additional reasonable efforts to further contact any class member who did not submit a claim form in response to the Class Notices, and whose claim under the Settlement exceeds $200.

This case is hereby DISMISSED with prejudice. All parties shall bear their own costs, and all rights of appeal by the parties to the Settlement are waived.

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, March 3, 2011.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

---

*Apana v. Fairmont Hotels & Resorts (US), Inc.,* Civil No. 08- 00528-JMS/LK,: Order Granting Final Approval of Class Action Settlement